IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RICHARD COOEY,

    Plaintiff,

  v.

ROBERT TAFT, Governor,         Case No. 2:04cv1156
                                              JUDGE FROST
REGINALD WILKINSON, Director,     Magistrate Judge Abel

and

JAMES HAVILAND, Warden,

    Defendants.

## SCHEDULING ORDER

The Court sets the following expedited schedule pursuant to S.D. Ohio Civ. R. 1.1 and 7.2:

1. All discovery shall be completed no later than May 6, 2005;

2. All dispositive motions shall be filed no later than May 27, 2005;

3. Memoranda in opposition shall be filed no later than June 10, 2005;

4. Reply memoranda shall be filed no later than June 17, 2005;

5. The Court schedules a non-oral hearing on all dispositive motions for June 24, 2005 at 8:00 a.m.;

6. A final pretrial conference is scheduled for July 26, 2005 at 12:00 p.m.;

7. A trial to the Court is scheduled for August 1, 2005 at 9:00 a.m.

**IT IS SO ORDERED.**

                                                    **/s/ Gregory L. Frost**
                                                    Gregory L. Frost
                                                    United States District Judge