# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**RICHARD COOEY, et al.,**

      **Plaintiffs,**                **Case No. 2:04-cv-1156**
                                    **JUDGE GREGORY L. FROST**
      **v.**                         **Magistrate Judge Mark R. Abel**

**ROBERT TAFT, et al.,**

      **Defendants.**

## SCHEDULING ORDER

This matter is before the Court for consideration of the April 19, 2007 motion to intervene filed by movant James J. Filiaggi.  (Doc. # 171.)  Included in the proffered complaint attached to that motion was a request for injunctive relief.  The Court therefore held an informal preliminary conference with the parties on April 20, 2007 that also satisfied the conference required by S.D. Ohio Civ. R. 65.1(a).

During that telephone conference, counsel for Filiaggi stated that he would be filing an April 20, 2007 motion to stay Filiaggi's scheduled April 24, 2007 execution.  The Court also discussed with the parties the need for an expedited decision.

Accordingly, in accordance with discussions held during the conference and S.D. Ohio Civ. R. 1.1(c), the Court sets the following expedited schedule:

(1) Defendants shall file a memorandum in opposition by 12:00 midnight on April 21, 2007.

(2) Movant Filiaggi shall file any reply memorandum by 12:00 midnight on April 22,

2007.

(3) The Court schedules a non-oral hearing on the motions for April 23, 2007.

**IT IS SO ORDERED.**

         s/   Gregory L. Frost
        GREGORY L. FROST
        UNITED STATES DISTRICT JUDGE