IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **RICHARD COOEY**, et al., | ) | Case Number: 2:04-CV-1156 |
| | ) | |
| Plaintiff, | ) | Judge Gregory L. Frost |
| | ) | |
| | ) | Magistrate Judge Abel |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | **ROMELL BROOM'S (1) NOTICE THAT** |
| | ) | **THE OHIO SUPREME COURT HAS** |
| | ) | **TODAY SET HIS EXECUTION DATE,** |
| **ROBERT TAFT, Governor**, et al., | ) | **AND (2) HIS REQUEST FOR AN** |
| | ) | **EXPEDITED RULING ON HIS** |
| | ) | **PENDING MOTION TO INTERVENE** |
| Defendants. | ) | |
| | ) | **(Death Penalty Case with Execution Date** |
| | ) | **of October 18, 2007)** |

Romell Broom, by and through his undersigned counsel, hereby provides notice to this Court that today, June 6, 2007, the Ohio Supreme Court granted the State's motion and has set Broom's execution by lethal injection for October 18, 2007.  (See Exhibit 1, attached).

On April 25, 2007, Broom filed his motion to intervene in this action. (Docket Entry No. 181). The Defendants opposed Broom's motion on May 16, 2007. (Docket Entry No. 191).  Broom replied on May 30, 2007.  (Docket Entry No. 196). Broom's motion to intervene is thus fully briefed and ready for a ruling by this Court.

Because Broom's execution date has now been set, Broom respectfully requests that this Court expedite its ruling on his pending motion to intervene and requests that he be permitted to

-1-

intervene.

Dated: June 6, 2007

                                                             Respectfully Submitted,

                                                             /s/ Timothy F. Sweeney
                                                             Timothy F. Sweeney, Esq. (0040027)
                                                             LAW OFFICE OF TIMOTHY FARRELL SWEENEY
                                                             The 820 Building, Suite 430
                                                             820 West Superior Ave.
                                                             Cleveland, Ohio   44113-1800
                                                            (216) 241-5003
                                                            (216) 241-3138 (fax)
                                                            Tim@timsweeneylaw.com

                                                            S. Adele Shank, Esq. (0022148)
                                                            LAW OFFICE OF S. ADELE SHANK
                                                            3380 Tremont Road, 2nd Floor
                                                            Columbus, Ohio   43221-2112

                                                            Counsel for Romell Broom

## **CERTIFICATE OF SERVICE**

       This is to certify that on June 6, 2007, the foregoing ROMELL BROOM'S (1) NOTICE THAT THE OHIO SUPREME COURT HAS TODAY SET HIS EXECUTION DATE, AND (2) HIS REQUEST FOR AN EXPEDITED RULING ON HIS PENDING MOTION TO INTERVENE, with all exhibits, was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                             /s/ Timothy F. Sweeney
                                                             Timothy F. Sweeney, Esq. (0040027)
                                                             LAW OFFICE OF TIMOTHY FARRELL SWEENEY