# EXHIBIT 1

ON COMPUTER-VJC

# The Supreme Court of Ohio

FILED
JUN 0 6 2007

MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

State of Ohio

v.

Romell Broom

Case No. 1987-1674

ENTRY

    This cause came on for further consideration upon appellee's motion to set execution date and appellant's motion to stay ruling on the motion to set execution date. Upon consideration thereof,

    It is ordered by the Court that the motion to stay ruling on the motion to set execution date is denied and the motion to set execution date is granted.

    It is further ordered by the Court that appellant's sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Thursday, the 18th day of October, 2007, in accordance with the statutes so provided.

    It is further ordered that a certified copy of this entry and a warrant under seal of this Court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said Warden shall make due return thereof to the Clerk of the Court of Common Pleas for Cuyahoga County.

(Cuyahoga County Court of Appeals; No. 51237)

THOMAS J. MOYER
Chief Justice