UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED

TIME:

JUL - 3 2008

JAMES BONINI, Clerk
COLUMBUS, OHIO

No: 05-4057

Filed: June 12, 2008

RICHARD WADE COOEY, II

    Plaintiff - Appellee

v.

TED STRICKLAND, Governor; TERRY J. COLLINS,
Director; E. C. VOORHIES, Warden

    Defendants - Appellants

## MANDATE

Pursuant to the court's disposition that was filed 03/02/2007 the mandate for this case hereby issues today.

COSTS: None

Filing Fee .......................$
Printing ..........................$

    Total ...................$