**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Richard Cooey, et al.

   vs       Case No. C2-04-1156

Ted Strickland, et al.   **Judge Frost**
            **Magistrate Judge Abel**

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

  IT IS ORDERED AND ADJUDGED that the Court dismisses the complaint as to Plaintiffs Jeffrey Hill, Clarence Carter, Kevin Keith, Billy Slagle, Arthur Tyler, Romell Broom, Darryl Durr, Michael Turner, Melvin Bonnell, Daneil Wilson, Michael Benge, Michael Beuke, Abdul Hakiym Zakiy (aka Roderick Davie), Brett Hartmann, Maurice Mason, Jason Getsy, Richard Nields, Johnnie Baston and Mark Wiles.  Immediate review of the decisions dismissing plaintiffs from this action best serves the needs of the litigants.  The Court therefore concludes that given the nature of the dismissals and the weighty questions of law involved, and because any inability to proceed with an immediate appeal would be nonsensical, there is no just reason for delay of an appeal and the Court hereby certifies its dismissal orders and this Judgment as immediately appealable under Fed. R. Civ. P. 54(b).

Date: **December 8, 2008**   **James Bonini, Clerk**

              __s/ Scott Miller__
              By Scott Miller /Deputy Clerk