FILED
JAMES BONINI
CLERK

## United States District Court
## Southern District of Ohio

09 APR -9 PM 1: 22

Joseph P. Kinneary United States Courthouse
85 Marconi Boulevard, Suite 260
Columbus, Ohio 43215

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

James Bonini
Clerk of Court

Telephone:   614.719.3000
Facsimile:   614.719.3037

### Related Case Memorandum

### Civil Cases

TO:          (Judge Frost, Judge Marbley)

FROM:        Paula Economus-Stout, Case Administrator

DATE:        April 9, 2009

SUBJECT:     Related cases re: 2:09-cv-271, 2:04-cv-1156

Case Caption:     Wilson v. Strickland et al

Case Number:     2:09-cv-271-ALM-TPK

File Date:         4/9/2009

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption:     Cooey v. Strickland et al

Case Number:     2:04-cv-01156-GLF-MRA

File Date:         12/8/2004

The District Judges having conferred, we respond to Case Administrator Paula Economus-Stout
_____ as follows:

**Judges' Response:**

☐      We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒      We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge _FROST_ .

☐      We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐      We are unable to agree and will accept any decision made by the Chief Judge.

United States District Judge

United States District Judge

cc: Courtroom Deputies