## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD COOEY, et al., | : | Case No. 2:04cv1156 |
| Plaintiffs, | : | District Judge Frost |
| | | Magistrate Judge Abel |
| vs. | : | |
| TED STRICKLAND, Governor, et al., | : | |
| Defendants. | : | **This is a death penalty case.** |

### INTERVENOR-PLAINTIFF NICOLE DIAR'S NOTICE OF VOLUNTARY DISMISSAL

Under Fed. R. Civ. P. 41(a)(1), Intervenor-Plaintiff Nicole Diar hereby voluntarily dismisses the Complaint she filed in this Court on February 20, 2007, in accordance with <u>Cooey v. Strickland</u>, 479 F.3d 412 (6th Cir. 2007), and due to the remanded sentencing hearing ordered by the Ohio Supreme Court in <u>State v. Diar</u>, 900 N.E.2d 565 (Ohio 2008).

Respectfully submitted,

s/ Ruth L. Tkacz
RUTH L. TKACZ (0061508)
Assistant State Public Defender

Office of the Ohio Public Defender
250 E. Broad Street, Suite 1400
Columbus, Ohio  43215
(614) 466-5394
Fax:  (614) 644-0708
E-mail:  ruth.tkacz@opd.ohio.gov
COUNSEL FOR PLAINTIFF DIAR

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 20, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties.

s/ Ruth L. Tkacz
Ruth L. Tkacz
Assistant State Public Defender
