UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 08-4200

**FILED**
Sep 01, 2009
LEONARD GREEN, Clerk

ROMELL BROOM,
    Plaintiff - Intervenor/Appellant,

v.

TED STRICKLAND et al.,
    Defendants - Appellees.

Before:  BATCHELDER, Chief Judge; MOORE and GIBBONS, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Southern District of Ohio at Columbus.

UPON FULL REVIEW of the record and the briefs of counsel,

IT IS ORDERED that the judgment of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Leonard Green
Clerk