No. 06-4655

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| RICHARD WADE COOEY, II,<br>    Plaintiff | )<br>)<br>) |
| JOHN G. SPIRKO, JR.,<br>    Intervenor - Appellant | )<br>)<br>)<br>) |
| v. | )   O R D E R |
| ROBERT TAFT, GOVERNOR,<br>    Defendant - Appellee | )<br>)<br>) |

Before:  BATCHELDER, Chief Circuit Judge; DAUGHTREY and GILMAN, Circuit Judges

In light of the commutation of the appellant's sentence from death to life without possibility of parole, and upon the advice of the parties that the case need not continue on the court's docket;

It is ORDERED that the appeal be, and it hereby is, DISMISSED.

ENTERED BY ORDER OF THE COURT

Leonard Green, Clerk

## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Leonard Green | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: December 14, 2009

Mr. Thomas C. Hill
Pillsbury, Winthrop, Shaw, Pittman
2300 N Street, N.W.
Washington, DC 20037-1128

Mr. Charles L. Wille
Office of the Ohio Attorney General
150 E. Gay Street
16th Floor
Columbus, OH 43215

Re: Case No. 06-4655, *Cooey v. Taft, et al*
Originating Case No. : 04-01156

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Laura A. Jones
Case Manager
Direct Dial No. 513-564-7023
Fax No. 513-564-7098

cc: Mr. James Bonini
    Mr. Alvin B. Dunn
    Ms. Carol Ann Ellensohn
    Mr. Brian J. Laliberte
    Mr. David C. Stebbins

Enclosure

No mandate to issue