UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RICHARD COOEY, et al.,**

       **Plaintiffs,**                             Case No. 2:04-cv-1156
                                                        JUDGE GREGORY L. FROST
      **v.**                                             Magistrate Judge Mark R. Abel

**ROBERT TAFT, et al.,**

       **Defendants.**

### ORDER

Defendants' Motion to Dismiss (Docs. ## 652, 653, 654, 655, 656, 657, 658, and 659) shall come on for a non-oral hearing on March 16, 2010 at 8:00 a.m.

    **IT IS SO ORDERED.**

                                           /s/   Gregory L. Frost
                                           GREGORY L. FROST
                                           UNITED STATES DISTRICT JUDGE