UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RICHARD COOEY, et al.,**

      **Plaintiffs,**     **Case No. 2:04-cv-1156**
                                 **JUDGE GREGORY L. FROST**
  **v.**     **Magistrate Judge Mark R. Abel**

**ROBERT TAFT, et al.,**

      **Defendants.**

### ORDER

Defendants' Motion to Dismiss (Docs. ## 716, 717, 718, and 719) shall come on for a non-oral hearing on May 24, 2010 at 8:00 a.m.

**IT IS SO ORDERED.**

                                                  /s/   Gregory L. Frost
                                                 GREGORY L. FROST
                                                 UNITED STATES DISTRICT JUDGE