# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**RICHARD COOEY, et al.,**

        **Plaintiffs,**                            **Case No. 2:04-cv-1156**
                                                  **JUDGE GREGORY L. FROST**
        **v.**                                    **Magistrate Judge Mark R. Abel**

**TED STRICKLAND, et al.,**

        **Defendants.**

## ORDER

        This matter is before the Court for consideration of Michael Beuke's Motion for Leave to Untimely File Response in Opposition to Defendant's [*sic*] Motion to Dismiss.  (Doc. # 748.) The Court **GRANTS** the motion. The Clerk shall detach the proffered memorandum in opposition and file it on the docket.  (Doc. # 748-1.)

        **IT IS SO ORDERED.**

                                                /s/   Gregory L. Frost
                                            GREGORY L. FROST
                                            UNITED STATES DISTRICT JUDGE