CIVIL MINUTES
5/10/10 ORAL HEARING ON PLAINTIFF BEUKE'S MOTION FOR TRO
C2-04-1156, BEUKE V. STRICKLAND, ET AL.

PLAINTIFF COUNSEL: DALE BAICH, ROBIN KONRAD, ALLEN BOHNERT & ASHLEY MCDONALD.
DEFENDANTS COUNSEL: CHARLES WILLE AND THOMAS MADDEN.
COURT REPORTER: DENISE ERRETT
COURTROOM DEPUTY: SCOTT MILLER

Plaintiff calls Dr. Edward French to the stand via teleconference.
Cross examination of Dr. French by Mr. Wille.
Redirect of Dr. French by Ms. Konrad.
Re-cross of Dr. French by Mr. Wille.
Dr. French testified to Plaintiff exhibits 1-4 (admitted without objection).

Plaintiff calls Dr. Mark Heath to the stand via teleconference.
Cross examination of Dr. Heath by Mr. Wille.
Redirect examination of Dr. Heath by Ms. Konrad.
Dr. Heath testified to Plaintiff exhibits 5-6 (admitted without objection).

Plaintiff moves for the admittance of Plaintiff exhibits 7-8 (admitted without objection).

Closing arguments by counsel.

The Court will take the matter under advisement and issue a decision in due course.