IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| RICHARD COOEY, et al., | Case No. 2:04-cv-1156 |
| Plaintiffs, | Judge Frost |
| v. | Magistrate Judge Abel |
| TED STRICKLAND, Governor, et al. Defendants. | |

### DEFENDANTS' LOG OF PRIVILEGED COMMUNICATIONS

Defendants in the above-styled case file the attached log of privileged communications pursuant to order of the Court.

Respectfully submitted,

RICHARD CORDRAY
Ohio Attorney General

/s/ *Charles L. Wille*
CHARLES L. WILLE (0056444)
Principal Assistant Attorney General
Criminal Justice Section, Capital Crimes Unit
150 East Gay Street, 16th Floor
Columbus, Ohio 43215
(614) 728-7055; (614) 728-8600 fax
Email: charles.wille@attorneygeneral.gov

COUNSEL FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was filed electronically this 18th day of May, 2010.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ *Charles L. Wille*
CHARLES L. WILLE (0056444)
Principal Assistant Attorney General