## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**RICHARD COOEY, et al.,**

       **Plaintiffs,**

                                    **Case No. 2:04-cv-1156**
   **v.**                               **JUDGE GREGORY L. FROST**
                                      **Magistrate Judge Mark R. Abel**

**TED STRICKLAND, et al.,**

       **Defendants.**

## ORDER

This matter is before the Court for consideration of the August 4, 2010 motion to intervene filed by Kenneth Smith.  (Doc. # 797.)  In their response, Defendants indicate that they do not oppose the motion.  (Doc. # 798.)

The Court **GRANTS** Smith's motion to intervene.  (Doc. # 797.)  The Clerk shall therefore detach the proffered complaint and file said pleading on the docket.  (Doc. # 797-1.)

   **IT IS SO ORDERED.**

                                       /s/   Gregory L. Frost
                                       GREGORY L. FROST
                                       UNITED STATES DISTRICT JUDGE