# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**RICHARD COOEY, et al.,**

        **Plaintiffs,**                        Case No. 2:04-cv-1156
                                                        **JUDGE GREGORY L. FROST**
        v.                                   Magistrate Judge Mark R. Abel

**TED STRICKLAND, et al.,**

        **Defendants.**

# ORDER

      This matter is before the Court for consideration of a motion to dismiss (Doc. # 659) filed by Defendants, a memorandum in opposition (Doc. # 662) filed by Plaintiff Donald E. Ketterer, and a reply memorandum (Doc. # 688) filed by Defendants.  Based on the reasoning set forth in this Court's August 12, 2010 Opinion and Order regarding Plaintiff Jerome Henderson (Doc. # 801), which the Court incorporates herein by reference, this Court **GRANTS IN PART** and **DENIES IN PART** Defendants' motion to dismiss (Doc. # 659).  The Court dismisses Claims One and Two.  Claims Three and Four remain pending.  Claim Five was previously deleted from this litigation.  (Doc. # 690.)

      **IT IS SO ORDERED.**

                                                                 /s/ Gregory L. Frost
                                                                GREGORY L. FROST
                                                                UNITED STATES DISTRICT JUDGE