IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RICHARD COOEY, et al.,**

    **Plaintiff,**

    v.

**TED STRICKLAND, et al.,**

    **Defendants.**

                                    **Case No. 2:04-cv-1156**
                                    **JUDGE GREGORY L. FROST**
                                    **Magistrate Judge Mark R. Abel**

## **ORDER**

On August 17, 2010, Defendants filed a motion to dismiss targeting the complaint of Plaintiff Kenneth Smith. (Doc. # 815.) In accordance with the schedule agreed to by the parties during a telephone status conference held on that same day, the Court **ORDERS** that the parties adhere to the following expedited schedule:

    (1) Smith shall file a memorandum in opposition by September 3, 2010;

    (2) Defendants shall file a reply memorandum by September 10, 2010; and

    (3) the motion to dismiss shall come on for a non-oral hearing on September 13, 2010.

**IT IS SO ORDERED**.

                                             /s/ Gregory L. Frost
                                        GREGORY L. FROST
                                        UNITED STATES DISTRICT JUDGE